IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mitchell, Amanda A

Printed: 4/8/08

Case Number: 06 B 08119
Judge: Wedoff, Eugene R
Filed: 7/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 21, 2008
Confirmed: September 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,958.31 |  |
| Secured: |  | 5,893.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,601.98 |
| Trustee Fee: |  | 462.63 |
| Other Funds: |  | 0.00 |
| Totals: | 8,958.31 | 8,958.31 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,514.00 | 2,514.00 |
| 2. | Robert J Semrad & Associates | Administrative | 330.00 | 87.98 |
| 3. | Capital One Auto Finance | Secured | 20,242.62 | 5,893.70 |
| 4. | Jefferson Capital | Unsecured | 112.62 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 28.82 | 0.00 |
| 6. | Merrick Bank | Unsecured | 139.85 | 0.00 |
| 7. | USA Payday Loans | Unsecured | 51.25 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 0.02 | 0.00 |
| 9. | Capital One | Unsecured | 71.10 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 3,560.69 | 0.00 |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | GE Customized Auto Credit | Unsecured |  | No Claim Filed |
| 15. | Amercredit | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,050.97 | $ 8,495.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 14.48 |
| 4.8% | 159.86 |
| 5.4% | 288.29 |
|  | _____ |
|  | $ 462.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mitchell, Amanda A | Case Number:  06 B 08119 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/8/08 | Filed:  7/10/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

